DOUGLASS B. WRIGHT *v*. TOWN OF OLD SAYBROOK
(15978)

Foti, Landau and Spear, Js.

Argued February 27—officially released April 8, 1997

Per Curiam. The judgment is affirmed.

HOLLIS B. WILSON, SR. *v*. COMMISSIONER OF
CORRECTION
(15546)

Landau, Schaller and Shea, Js.

Argued March 5—officially released April 8, 1997

Per Curiam. The judgment is affirmed.

CRAIG MUNZER ET AL. *v*. SMS ASSOCIATES ET AL.
(15652)

Landau, Schaller and Spear, Js.

Submitted on briefs March 6—officially released April 8, 1997

Per Curiam. The judgment is affirmed.